IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                          Case No. 1:22-cr-10014-012

MICHAEL CUMMINGS                                                                            DEFENDANT

## ORDER

Before the Court is Defendant Michael Cummings' Motion for Continuance. ECF No. 243. No response is necessary, and the matter is ripe for consideration.

Defendant, through his attorney William O. "Bill" James, Jr., states that the parties have recently entered a protective order and need additional time to complete discovery and prepare for trial. Accordingly, Mr. James asks the Court to continue the matter, which "is currently scheduled for Jury Trial on July 17, 2023, at 9:00 a.m." ECF No. 243, at 1. However, on June 20, 2023, the Court issued an Amended Pretrial Scheduling Order. *See* ECF No. 233. In that Amended Pretrial Scheduling Order, the Court reset the trial for September 11, 2023. ECF No. 233, at 1. Accordingly, the Court finds that the instant motion (ECF No. 243) should be and hereby is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 12th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge