IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          Case No. 1:22-CR-10014-008
                                  )
MALAYSIA D. BENJAMIN              )

**FINAL ORDER OF FORFEITURE**

On June 12, 2024, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2(b). (Doc. 414).  In the Preliminary Order of Forfeiture, $10,230.99 in United States Currency; a Taurus model PT 111 Pro 9mm semi-automatic pistol, bearing serial number TAT72826; a firearm magazine containing unspent cartridges (ammunition); and multiple unspent .45 caliber and .230 caliber cartridges, was forfeited to the United States  pursuant to Title 18 U.S.C. § 924(d), Title 28 U.S.C. § 2461(c) and Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1).  On August 6, 2024, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov.  The deadline for filing claims was June 28, 2023.  No third-party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on June 12, 2024, shall become final at this time.

IT IS SO ORDERED this 5th day of December, 2024.

HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE

2